IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL COLEMAN,

       Appellant,

 v.

       Case No.  5D21-2275
       LT Case No. 2017-CF-1849-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed August 9, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach,
for Appellant.

Michael Coleman, Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.